IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3147-FL

STANLEY EARL CORBETT, JR., )
                           )
       Plaintiff,          )
                           )          ORDER
v.                         )
                           )
G.J. BRANKER and LT. SHELTON, )
                           )
       Defendants.         )

The matter is before the court on plaintiff's motion to compel (DE # 20). That motion is DENIED without prejudice in light of the subsequently entered case management order, which sets forth discovery deadlines and procedures. Should defendants fail to comply with the court's case management order or plaintiff's discovery requests, plaintiff may re-file his motion to compel.

SO ORDERED, this the 7th day of July, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge