IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STANLEY EARL CORBETT, JR.,
         Plaintiff,
    v.
G.J. BRANKER; LT. SHELTON,
         Defendants.

**Judgment in a Civil Case**

Case Number: 5:10-CT-3147-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on September 5, 2012, with service on:
Stanley Earl Corbett, Jr. 0716025, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)
Lisa Harper (via CM/ECF Notice of Electronic Filing)

September 5, 2012           /s/ Julie A. Richards
                                        Clerk

Raleigh, North Carolina